**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-2641 JGB (ASx)** | Date | November 14, 2025 |
|---|---|---|---|
| Title | *Pacheco Cruz v. Department of Homeland Security, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):

None Present                                None Present

**Proceedings:**   Order (1) DISMISSING Petition for Failure to Pay Filing Fee or Request to Proceed Without Prepayment (IN CHAMBERS)

  On October 2, 2025, Plaintiff Jordy Gabriel Pacheco Cruz filed a petition for writ of habeas corpus by a person in federal custody pursuant to 28 U.S.C. § 2241. Mr. Cruz did not pay the filing fee, nor request to proceed without prepayment of the filing fee. On October 7, 2025, the Court warned Plaintiff that failure to pay the fee or request proceeding without prepayment within 30 days could result in dismissal. Plaintiff has failed to pay the fee or request to proceed without prepayment, and 30 days have now elapsed. As such, Plaintiff's petition is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the case.

  **IT IS SO ORDERED.**