**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| PACHECO CRUZ, | Case No. EDCV 25-02641-JGB(AS) |
|              Petitioner, | |
|    v. | **ORDER REQUIRING RESPONSE TO** |
| DEPARTMENT OF HOMELAND SECURITY, WARDEN, ICE PROCESSING CENTER, | **PETITION FOR WRIT OF HABEAS** |
| | **CORPUS (28 U.S.C. § 2241)** |
|           Respondents. | |

On October 2, 2025, Petitioner Pacheco Cruz, who has been detained by immigration authorities at the Adelanto Detention Center, and who is proceeding *pro se,* ("Petitioner"), filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"), challenging his ongoing civil immigration detention at the Adelanto ICE Processing Center within this District. (Dkt. No. 1). This action was reopened on January 21, 2026, after this matter was administratively closed in error. (Dkt. No. 6).

In order to facilitate the just, speedy, and inexpensive determination of this action, **IT IS ORDERED** that:

1.   The Clerk of this Court shall promptly (a) serve a copy of the Petition, and a copy of this Order on Respondent by delivering the Petition to the United States Attorney, Central District of California or his authorized agent, and (b) serve a copy of this Order on Petitioner's counsel of record.

2.   Within seven (7) days, Respondents shall file and serve a Notice of Appearance, notifying the Court of the name of the attorney who will have principal charge of the case, together with the address where the attorney may be served and the attorney's telephone and fax number.

3.   Within thirty (30) days, Respondents shall file a Response to the Petition:

(a)  If Respondents contend that the Petition can be decided without the Court reaching the merits of Petitioner's claims, Respondents shall file a Motion to Dismiss confined to the basis for the contention that dismissal without reaching the merits of Petitioner's claims is warranted.  At the time the Motion to Dismiss is filed, Respondents shall also lodge with the Court all records bearing on Respondents' contention in this regard.

(b)  If Respondents file a Motion to Dismiss, Petitioner shall file an Opposition/Response to the Motion, or a Notice of Non-Opposition to the Motion, within twenty-one (21) days of the date

of service thereof.[1] At the time the Opposition is filed (assuming an Opposition is filed), Petitioner shall lodge with the Court any records not lodged by Respondents which Petitioner believes may be relevant to the Court's determination of the Motion. Petitioner's Opposition shall state whether Petitioner admits or denies each allegation of fact contained in the Motion, and be limited to facts and contentions responsive to matters raised in the Motion. The Court will not consider grounds for relief that Petitioner asserts for the first time in the Opposition. Petitioner is further advised that failure to oppose a Motion to Dismiss may be construed as consent to the granting of the Motion and dismissal of the action. See Local Rule 7-12.

(c) Respondents shall file a Reply to Petitioner's Opposition to the Motion to Dismiss within seven (7) days of service of Petitioner's Opposition/Response.

(d) If Respondents do not contend that the Petition can be decided without the Court reaching the merits of Petitioner's claims, Respondents shall file and serve an Answer to the Petition and shall lodge with the Court all records bearing on the merits of Petitioner's claims.

(e) Petitioner may file a single Reply ("Reply") to matters raised in the Answer within seven (7) days of the date of service thereof. Any Reply filed by Petitioner (a) shall state whether

[1] The date of service means the date Respondent's certificate of service shows that the Motion to Dismiss or Answer was personally served on Petitioner at the Adelanto detention facility where he is currently detained.

Petitioner admits or denies each allegation of fact contained in the Answer; (b) shall be limited to facts or arguments responsive to matters raised in the Answer; and (c) shall not raise new grounds for relief that were not asserted in the Petition.  No Reply shall exceed ten (10) pages in length absent advance leave of Court for good cause shown.

4.    A request by a party for an extension of time within which to file any of the pleadings required will be granted only upon a showing of good cause and should be made in advance of the due date of the pleading.  Any such request shall be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary and by a proposed form order granting the requested extension.

5.    Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date on which Respondent files a  Reply in support of his Motion to Dismiss and/or Petitioner files a Reply to the Answer or the date on which such filing is due.

6.    Every document filed in the clerk's office or delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel. Any document without a certificate of service will be returned to the submitting party and will be disregarded by the Court.

**Respondents are enjoined from transferring, relocating, or removing Petitioner from the Central District of California without**

1    **further order of the Court and pending final resolution of this**

2    **litigation.**

3        **IT IS SO ORDERED.**

4        DATED: February 2, 2026

5                                              _____/s/_____

                                                         ALKA SAGAR

6                                              UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28