**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORDY GABRIEL PACHECO CRUZ, | Case No. EDCV 25-2641-JGB (AS) |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS,** |
| DEPARTMENT OF HOMELAND SECURITY, et al., | **CONCLUSIONS AND** |
| | **RECOMMENDATIONS OF UNITED** |
| Respondents. | **STATES MAGISTRTE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered denying the Petition as moot.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 3, 2026

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE