JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDY GABRIEL PACHECO CRUZ,<br><br>                    Petitioner,<br><br>        v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                    Respondents. | Case No. EDCV 25-2641-JGB (AS)<br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is DENIED.

DATED: June 3, 2026

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE